FILED
2018 May-23 PM 12:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA WESTERN DIVISION**

**BELINDA CLINCY,** )
)
**Petitioner,** )
)
)
**vs.** ) **7:16-cv-00135-RDP-TMP**
)
**A. WASHINGTON-ADUCCI,** )
)
**Respondents.** )

# MEMORANDUM OPINION

On April 6, 2018, the Magistrate Judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot. To date, no objections have been filed by either party.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be **DISMISSED** as **MOOT**. An order of final judgment will be entered contemporaneously herewith.

**DONE** and **ORDERED** this May 23, 2018.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE